**Jeryl GIVENS; Debra Givens, personal representative of the estate of Jeryl Givens, Plaintiffs–Appellants,**

v.

**The CITY OF SALISBURY; Aaron Hudson, Salisbury Police Officer; Larry Jones, Salisbury Police Officer; Ryan Mitchell, Salisbury Police Officer; Unknown Officer of the City of Salisbury, Defendants–Appellees,**

**Mark Tyler, Salisbury Police Officer, Party-in-interest.**

No. 00–2384.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 6, 2001.

Debra Givens, pro se.

Daniel Karp, Allen, Johnson, Alexander & Karp, Baltimore, MD, for appellees.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Debra Givens, personal representative of the estate of Jeryl Givens,* appeals the

---

* Jeryl Givens passed away while his case was    pending before the district court.

district court's order denying relief on her 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Givens v. City of Salisbury,* No. CA–99–146–MJG (D.Md. Sept. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*